# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMIR IBRAHIM MARCOSS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JPMORGAN CHASE BANK, N.A. (ERRONEOUSLY SUED AS "JP MORGAN CHASE BANK, N.A., Inc."); and DOES 1 THROUGH 20, inclusive<br><br>　　　　Defendants. | Case No. 1:18-cv-00489-DAD-EPG<br><br>**ORDER ON STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>(ECF No. 36) |

On May 1, 2019, Plaintiff Samir Ibrahim Marcoss and Defendant JPMorgan Chase Bank filed a joint stipulation of dismissal with prejudice pursuant to Federal Rule 41(a)(1)(A)(ii). Accordingly, IT IS ORDERED that this matter is DISMISSED WITH PREJUDICE. The Clerk of Court is instructed to close this case.

IT IS SO ORDERED.

　　Dated: **May 6, 2019**　　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1